IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, ANATOLIY KOLESNYK,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANATOLIY KOLESNYK, | ) Case No.: CV  19-08457-MRW |
| | ) |
| Plaintiff, | ) ORDER AWARDING EAJA FEES |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) MICHAEL R. WILNER |
| Commissioner of Social Security, | )  UNITED STATES MAGISTRATE |
| | ) JUDGE |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act
("EAJA") are awarded in the amount of SIX THOUSAND ONE HUNDRED
DOLLARS ($6,100.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. §
2412(d), and subject to the terms and conditions of the Stipulation.


DATED:  _August 5, 2020_____

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE