IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, ANATOLIY KOLESNYK,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANATOLIY KOLESNYK, <br><br> Plaintiff, <br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: CV  19-08457-MRW <br><br> CORRECTED ORDER AWARDING EAJA FEES <br><br> MICHAEL R. WILNER <br> UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND DOLLARS ($6,000.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  August 6, 2020

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE